UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No. 18-CR-129 (JPS)

IONEL MURESANU,

    Defendant.

## MURESANU'S MOTION IN LIMINE REGARDING IMMIGRATION STATUS OR HERITAGE

Ionel Muresanu, by counsel, moves in limine to exclude the government from presenting evidence of Muresanu's immigration status or heritage, including any reference to him as an illegal immigrant, Romanian, Romani, or the more pejorative Gypsy. Muresanu is a Romanian national who has petitioned the government for political asylum. He is charged with fraud and identity theft offenses, and his non-citizenship is wholly unrelated to the Indictment. Questions about whether he is legally or other evidence that he isn't are therefore irrelevant under F.R.E. 401. Sadly, it's also unfairly prejudicial under F.R.E. 403.[1]

---

[1] *See e.g.* Paul Waldman and Greg Sargent, Trump and Stephen Miller are now targeting legal immigrants. This will get uglier., Washington Post (August 7, 2018), *available at* https://www.washingtonpost.com/blogs/plum-line/wp/2018/08/07/trump-and-stephen-miller-are-now-targeting-legal-immigrants-and-it-will-get-uglier; Erin Durkin, Laura Ingraham condemned after saying immigrants destroy 'the America we love', The Guardian (Aug. 9, 2018), *available at* https://www.theguardian.com/media/2018/aug/09/laura-ingraham-fox-news-attacks-immigrants.

Dated at Milwaukee, Wisconsin, this 10th of August, 2018.

Respectfully submitted,

/s/        Joshua Uller
Joshua Uller, Bar No. 1055173
Federal Defender Services
of Wisconsin, Inc.
517 E. Wisconsin Avenue, Room 182
Milwaukee, Wisconsin   53202
Telephone: 414-221-9900
Fax: 414-221-9901
E-mail: joshua_uller@fd.org

Counsel for Defendant, Ionel Muresanu