

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*     *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*     *TTY (414)297-1088*
*Milwaukee WI 53202*     *Fax (414) 297-1738*
    *www.usdoj.gov/usao/wie*

August 17, 2018

The Honorable J.P. Stadtmueller
U.S. District Court
517 E. Wisconsin Ave.
Milwaukee, WI 53202

       Re:    *United States v. Ionel Muresanu*, Case No. 18-CR-129
               **Update to Witness List**

Dear Judge Stadtumueller:

     The United States submits the following updated witness list for the trial of *United States v. Ionel Muresanu*:

- Det. Brett Robertson of the Oshkosh Police Department
- Det. April Hinke of the Oshkosh Police Department
- Sergeant Brandon Ansell of the Oshkosh Police Department
- Detective Dean Artus of the Oshkosh Police Department
- Zachary M. Hoalcraft, Special Agent, United States Secret Service
- Matthew Palmieri
- Shawna L. Edwards
- Detective John Milotzky, Wauwatosa PD
- Brandi Woodard, First Tennessee Bank

                        Sincerely,

                        MATTHEW D. KRUEGER
                        United States Attorney

         By:     /s

                        Karine Moreno-Taxman
                        Carol L. Kraft
                        Assistant United States Attorneys

cc:     Attorney Joshua Uller (via ECF)