# COURT MINUTES OF STATUS CONFERENCE

UNITED STATES OF AMERICA

    v.                                                                        CASE NO. 18-CR-129-JPS

IONEL MURESANU.

## HON. J. P. STADTMUELLER PRESIDING

DATE: August 20, 2018                         TIME SCHEDULED: 8:30 a.m.

COURT DEPUTY/CLERK: Kate Maternowski      TIME CALLED: 8:35 a.m.

COURT REPORTER: Sheryl Stawski           TIME FINISHED: 8:52 a.m.

PLAINTIFF BY: Karine Moreno-Taxman and Carol Kraft

DEFENDANT BY: Joshua Uller

Notes:

8:35 a.m. Case called; appearances

- 8:29   Court invites parties to make a record of negotiations toward a disposition of this case without trial; Government discusses negotiations between government and defendant regarding resolution of this case without trial; Court asks whether defendant's counsel has anything to add and he responds in the negative; Court comments
- 8:47   Because the parties' preparation of this case for trial has been hasty and inadequate, and because there remains excludable time under the Speedy Trial Act, the Court will adjourn this case until Monday, September 10, 2018; a final pretrial conference will be held on Tuesday, September 4, 2018 at 8:30 a.m.
- 8:48   The government is directed to consider the presentation of its witnesses in light of the Seventh Circuit's recent decision in U.S. v. Jaboree Williams, No. 18-1002, decided August 15, 2018
- 8:49   Parties shall re-file a final pretrial report by August 29, 2018 at 2:00 p.m.; any motions in limine shall be re-filed in the format explained in the upcoming revised trial scheduling order
- 8:51   Defense counsel makes a record that he believes the defense is ready to proceed to trial today; Court comments
- 8:52   Court stands in recess