# UNITED STATES DISTRICT COURT

## PROPOSED EXHIBIT AND WITNESS LIST

| EASTERN | DISTRICT OF | WISCONSIN |
|---|---|---|

UNITED STATES OF AMERICA

v.

IONEL MURESANU

# EXHIBIT AND WITNESS LIST

Case Number:    18-CR-129-JPS

| Presiding Judge<br>J.P. Stadtmueller | Plaintiff's Attorneys<br>AUSA Karine Moreno-Taxman | Defendant's Attorneys<br>Joshua Uller | | |
|---|---|---|---|---|
| Trial Date(s)<br>September 10, 2018 | Court Reporter | Courtroom Deputy | | |

| No. | | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1A | | | | | Evidence folder with 80 Counterfeit Access Devices and Bank Slips recovered from the Defendant on 5.16.2018 |
| 1B | | | | | Photos of Bank Slips recovered from the Defendant on 5.16.2018 |
| 1C | | | | | Photos of 80 Counterfeit Access Devices recovered from the Defendant on 5.16.2018 and photos of same |
| 1D | | | | | Photograph of receipts found on Ionel Muresanu |
| 1D1 | | | | | Receipts found on Ionel Muresanu |
| 1E | | | | | Photos of Receipts found near ATM |
| 1E1 | | | | | Receipts found near ATM |
| 2A | | | | | Evidence folder with 2 Counterfeit Access Devices recovered from Florin on 5.16.2018 |
| 2B | | | | | Photo of 2 Counterfeit Access Devices recovered from Florin on 5.16.2018 |
| 3A | | | | | Evidence folder with12 Counterfeit Access Devices recovered from Florin's pocket on 5.16.2018 |
| 3B | | | | | Photo of 12 Counterfeit Access Devices recovered from Florin's pocket on 5.16.2018 |
| 3C | | | | | Photos of Allpoint Receipts found on Florin |
| 3C1 | | | | | Allpoint Receipts found on Florin |
| 4A | | | | | Evidence folder with 6 Counterfeit Access Devices recovered from KwikTrip bathroom trash 5.16.2018 |
| 4B | | | | | Photo of 6 Counterfeit Access Devices recovered from KwikTrip bathroom trash 5.16.2018 |
| 4C | | | | | Photo of Kwik Trip Trash Bin |
| 5A | | | | | Photo of the front of white Grand Caravan driven to Kwik Trip |
| 5B | | | | | Photo of the back of white Grand Caravan driven to Kwik Trip –Tennessee License 4A5-9W7 |
| 5C | | | | | Photo of Google Map: Route from Motel 6 to Kwik Trip |

| United States vs. Ionel Muresanu | | | | | Case No. 18-CR-129 |
|---|---|---|---|---|---|

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 6 | | | | | Photo of front of Kwik Trip |
| 7 | | | | | Photo of Ionel Muresanu taken on 5.16.2018 |
| 8 | | | | | Photo of Florin recovered from Defendant's cell phone |
| 9A-C | | | | | Photos of items found in KwikTrip bathroom 5.16.2018 |
| 10 | | | | | Advise of Rights form signed by Ionel Muresanu 5.16.18 |
| 11 | | | | | 3-page handwritten statement written by Ionel Muresanu 5.16.18 |
| 12A | | | | | Video excerpt 1 (Redacted) of Muresanu's statement dated 5.17.18 |
| 12A1 | | | | | Transcription of Video Excerpt 1 |
| 12B | | | | | Video excerpt 2 of Muresanu's statement dated 5.17.18 |
| 12B1 | | | | | Transcription of Video Excerpt 2 |
| 12C | | | | | Video Excerpt 3 of Muresanu's statement dated 5.17.18 |
| 12C1 | | | | | Transcription of Video Excerpt 3 |
| 12F | | | | | Audio excerpt of statement by Ionel Muresanu 5.18.18 |
| 12F1 | | | | | Transcription of Audio Excerpt on 5.18.18 |
| 13 | | | | | Facebook Contact Page of Vidu from Muresanu's cell phone |
| 14 | | | | | Consent to Search form for a cell phone signed by Ionel Muresanu 5.17.18 |
| 14A | | | | | Advise of Rights formed signed by Ionel Muresanu 5.17.18 |
| 15 | | | | | Photo of Phone recovered and searched |
| 16 | | | | | Kwik Trip Receipts |
| 17A | | | | | Video Excerpt: Kwik Trip Cam 20 Front Door on 5.16.18 at 12:09am |
| 17B | | | | | Video Excerpt: Kwik Trip Cam 19 Front Counter on 5.16.18 at 12:20am |
| 17C | | | | | Video Excerpt: Kwik Trip Cam 15 Register on 5.16.18 at 12:22am |
| 17D | | | | | Video Excerpt: Kwik Trip Cam 20 Front Door on 5.16.18 at 12:35am |
| 17E | | | | | Video Excerpt: Kwik Trip Cam 21 ATM on 5.16.18 at 20:17 |
| 17F | | | | | Video Excerpt: Kwik Trip Cam 3 Pump Overview on 5.16.18 at 20:35 |
| 17G | | | | | Video Excerpt: Kwik Trip Cam 3 Front Sidewalk on 5.16.18 at 20:36 |

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States vs. Ionel Muresanu | | | | | Case No. 18-CR-129 |
|---|---|---|---|---|---|
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 18B | | | | | Receipt for the Red Versace Shoes |
| 18B1 | | | | | Photocopy of Receipt for Red Versace Shoes |
| 19 | | | | | Ionel Muresanu's Satchel |
| 19A | | | | | Photo of Ionel Muresanu's Wallet |
| 19B | | | | | Photo of Ionel Muresanu's Satchel and Wallet |
| 19C | | | | | Ionel Muresanu's Wallet |
| 20A-L | | | | | First Tennessee Bank surveillance photos of Ionel Muresanu |
| 21 | | | | | JP Morgan Chase Records Certification |
| 22 | | | | | Selected Pages of JP Morgan Bank records for Victim M.P. - count two |
| 23 | | | | | Selected Pages of JP Morgan Bank records for Victim E.B. - count four |
| 24 | | | | | Selected Pages of JP Morgan Bank records for Victim S.E. - count three |
| 25 | | | | | Case Cloned Card Reports |
| 26 | | | | | Summary Chart 18 U.S.C. § 1006 |
| | | | | | |
| | | | | | |